# Weekly Report of
# NEW CASES DOCKETED

## NEW CASES DOCKETED

Allen v. Xenia (City) ......................... 20016

Beeler v. Ponting ............................. 20012

Brown v. Sou. O. Sav. Bk. & Tr. Co........... 20011

Brewer Produce Co. v. Long Co............... 20027

Burke v. Link ................................ 20020

Cook v. Lascola et ........................... 20009

Edmondson v. Weiss .......................... 20010

Fidelity & D. Co. v. Swinehart Tire Co......... 20033

Gorski v. Gorski ............................. 20037

Hartford Fire Ins. Co. v. Glass ............... 20036

Hickman v. Xenia (City) ...................... 20014

Hull v. Cincinnati (City( .................... 20024

Imbus v. Cincinnati (City) ................... 20023

Knight v. Hall .............................. 20032

Knoll v. Seifert ............................. 20021

Maryland Cas. Co. v. McDiarmid ............... 20035

Overstreet v. Xenia (City) ................... 20015

Park Comrs. v. Wyman ...................... 20029

Pennsylvania Rd. Co. v. P. U. C.............. 20028

Roath v. A. O. Wood Motor Co................. 20031

Schick v. Cincinnati (City) ................... 20022

Smith v. Voss .............................. 20017

State ex rel Galloway v. Ind. Com............. 20018

Summit Co. (Bd. of Ed.)...................... 20034

Szabadsag Print. Co. v. Lkwd. Country Co...... 20013

Tillman . v. Toledo (City) .................... 20030

Tomko v. Wheling & Lake Erie Rd. Co......... 20026

Wells v. Canovan ........................... 20025

### JULY 27, 1926

20009—W. H. Cook v. Sanerie Lascola and Anna Lascola; motion for Mahoning Appeals to certify. Nicholson & Nicholson, Youngstown, for pltf; W. R. Stewart, and J. M. Modarelli, Youngstown, for defts.

20010—Clara Edmondson v. Esther F. Weiss; motion for Cuyahoga Appeals to certify. A. H. Martin, Cleveland, for pltf; D. B. Perris, Cleveland, for deft.

20011—Alexander McD. Brown v. Southern Ohio Savings Bank & Trust Co.; motion for Hamilton Appeals to certify. J. C. Healy, Cincinnati, for pltf; M. McAvoy and A. P. Foster, Cincinnati, for deft.

20012—Rudolph Beeler v. Harry C. Ponting; motion for Cuyahoga Appeals to certify. A. E. Sweigert, Cleveland, for pltf; Heald, Coleman & Johns, Cleveland, for deft.

20013—Szabadsag Printing & Publishing Co. v. Lakewood Country Club Co.; motion for Cuyahoga Appeals to certify. D. J. Miller and F. W. Emslie, Cleveland, for pltf; Davis, Young & Vrooman, Cleveland, for deft.

### JULY 28, 1926

20014—Jennie Hickman v. Xenia (City); motion for Greene Appeals to certify. F. L. Johnson, Xenia, for pltf; J. A. Finney, Xenia, for deft.

20015—Louis Overstreet v. Xenia (City); motion for Greene Appeals to certify. F. L. Johnson, Xenia, for pltf; J. A. Finney, Xenia, for deft.

20016—John Allen v. Xenia (City); motion for Greene Appeals to certify. F. L. Johnson, Xenia, for pltf; J. A. Finney, Xenia, for deft.

20017—Katie Smith v. Wm. C. Voss; motion for Cuyahoga Appeals to certify. Calfee, Fogg & White, Cleveland, for pltf; Klein, Harris & Diehm, Cleveland, for deft.

20018—State of Ohio ex rel Eliza Galloway v. The Industrial Commission of Ohio; in mandamus. G. H. Phelps, Findlay, for pltf; C. C. Crabbe and R. R. Zurmehly, Columbus, for deft.

20019—State of Ohio ex rel v. Glenn Cowley; motion for Lorain Appeals to certify. F. M. Stevens and W. P. Hyman, Elyria, for pltf; Fauver & Cheney, Elyria, for deft.

20020—Frances Burke v. Frank Link; motion for Cuyahoga Appeals to certify. Buonpane & Buonpane, Cleveland, for pltf; Cull, Burton & Laughlin, Cleveland, for deft.

### JULY 29, 1926

20021—Adolph Knoll v. Frank Seifert; motion for Medina Appeals to certify. J. V. Keeley, West Salem, and A. Van Epp, Medina, for pltf; J. A. Weber, Medina, for deft.

20022—Antoinette V. Schick v. Cincinnati (City); error to the Hamilton Appeals. W. J. Schick, Cincinnati, for pltf; E. F. Alexander and C. S. Bell, Cincinnati, for deft.

20023—Rose F. Imbus v. Cincinnati (City); error to the Hamilton Appeals. W. J. Schick, Cincinnati, for pltf; E. F. Alexander and C. S. Bell, Cincinnati, for deft.

20024—Lilly Hull v. Cincinnati (City); error to the Hamilton Appeals. W. J. Schick, Cincinnati, for pltf; E. F. Alexander and C. S. Bell, Cincinnati, for deft.

20025—Iree L. Wells v. Thomas J. Canovan; motion for Cuyahoga Appeals to certify. E. H. Wells, Cleveland, for pltf; Rosco Ewing, Cleveland, for deft.

### JULY 30, 1926

20026—Geo. Tomko v. Wheeling & Lake Erie Railroad Co.; motion for Cuyahoga Appeals to certify. DeKaiser & Harrison, Cleveland, for pltf; Squire, Sanders & Dempsey, Cleveland, for deft.

20027—J. E. Brewer Produce Co. v. J. A. Long Co.; motion for Cuyahoga Appeals to certify. F. A. Green, Cleveland, for pltf; Leighley, Halle, Haber & Berick, Cleveland, for deft.

20028—Pennsylvania Railroad Co. v. Public Utilities Com; error to the Public Utilities Commission. Henderson & Burr and S. B. Randall, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

### JULY 31, 1926

20029—Board of Park Commissioners, Cleveland, v. Virgil C. Wyman and 4 others; motion for Medina Appeals to certify. Locher, Green & Woods, Cleveland, for pltf.; Arthur Van Epp, Medina, for defts.

20030—Joseph L. Tillman v. Toledo (City); motion for Lucas Appeals to certify. Smith, Baker, Effler &

(Continued on Page 527)